**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed May 14, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00395-CV

_____

### IN RE C.D., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**310th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-00064**

---

## MEMORANDUM OPINION

On May 1, 2015, relator C.D. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Conrad Moren, associate judge of the 310th District Court of Harris County, to set aside his February 25, 2015 order denying her motion to transfer the underlying suit

affecting the parent-child relationship to Travis County, grant the motion, and transfer the case.

Section 22.211 of the Texas Government Code governs this court's mandamus jurisdiction. *See* Tex. Gov't Code Ann. § 22.221 (West 2004). Section 22.221 expressly limits mandamus jurisdiction of the courts of appeals to (1) writs against a district court judge or county court judge in the court of appeals' district; and (2) all writs necessary to enforce the court of appeals' jurisdiction. *See id.*

A court of appeals' jurisdiction does not include writs against associate judges. *In re Tex. Dep't. of Family & Protective Servs.*, 348 S.W.3d 492, 495 (Tex. App.—Fort Worth 2011, orig. proceeding) (dismissing petition for writ of mandamus against associate judge for lack of jurisdiction); *In re D.G.*, No. 14-14-00420-CV, 2014 WL 2767623, at *1 (Tex. App.—Houston [14th Dist.] June 17, 2014, orig. proceeding [ mand. denied]) (mem. op.) (holding appellate court did not have mandamus jurisdiction over associate judge). Therefore, this court does not have jurisdiction to issue a writ of mandamus against the associate judge.

Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.